IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

ELEZA L. RODRIGUEZ,                        )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )    Case No. 1:24-cv-000561
                                           )
LEAR CORPORATION,                          )
                                           )
            Defendant.                     )

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel, Christopher C. Myers, requests permission to withdraw as counsel for Plaintiff, and in furtherance thereof would show the court as follows:

1. Counsel Christopher C. Myers advised Plaintiff Eleza L. Rodriguez of his intent to withdraw pursuant to a letter dated May 13, 2025, wherein counsel set forth his reasons for filing the Motion to Withdraw (relating to tardiness in answering discovery questions posed by Defendant).

2. Counsel instructed Plaintiff regarding her obligations to answer the discovery; he included a copy of the Scheduling Order; he explained that there were due dates regarding responding to discovery questions posed by Defendant; he explained that Plaintiff would he held to the same standards as an attorney if she chose to represent herself *pro se*.

3. As a courtesy to defense counsel, Christopher C. Myers advised Scott Preston at about the same time he provided the notice of intent to withdraw to Plaintiff, that he was withdrawing and the reasons for his withdrawal.

4. Plaintiff's address is Eliza L. Rodriguez, 412 W. Branning Avenue, Fort Wayne, IN 46807.  Her e-mail address is rodriguezeleza@yahoo.com.

WHEREFORE, Christopher C. Myers prays that the court will allow him permission to withdraw from representing Plaintiff and for all other just and proper relief in the premises.

Respectfully submitted,

**MYERS & WALLACE, LLP**

Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
Email: cmyers@myers-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby swears and affirms that a true and correct copy of the above was served electronically to all parties of record on May 28, 2025.

Scott James Preston
Ogletree Deakins - Ind/IN
300 N Meridian St Ste 2700
Indianapolis, IN 46204
317-916-1300
317-916-9076 (fax)
**scott.preston@ogletree.com**

Christopher C. Myer