IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

ELEZA L. RODRIGUEZ, )
Plaintiff, )
)
V. )
)
)
) Case#1:24-cv-00561-HAB-SLC
)
LEAR CORPORATION, )
Defendant. )

-FILED-
AUG 08 2025
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## PLAINTIFFS' REQUEST FOR COMPETENCY HEARING & DETERMINATION WHETHER PLAINTIFF HAS THE REQUISITE KNOWLEDGE & EMOTIONAL CAPACITY TO PROCEED IN THE MATTER AS A PRO SE LITIGANT

Comes Now, the Plaintiff Eleza Rodriguez, asking this Honorable Court to conduct a competency hearing in order to determine her ability to proceed in this matter as a pro-se litigant.

At issue are the following facts and figures, to wit:

1) Rodriguez has never requested to proceed as a pro-se litigant because **she knows she lacks the requisite legal skills & knowledge to do so**

2) Rodriguez's previous contingency attorney of record, Christopher Myers, removed himself from the case without good cause, and Rodriguez never knew she had the right to object to such removal.

3) Rodriguez's previous attorney also lost her completed answers to discovery 3 times, causing her to miss crucial deadlines.

4) **Rodriguez has documented psychological and anxiety issues** that the Court never took time to investigate, which substantively impinges upon her ability to properly present her case and thereby totally nullifying her due process rights.

5) Rodriguez **did not prepare** nor write this request or motion to the court, but instead, because of her stated limitations, had to rely on a family member with some basic legal knowledge to assist her in composing this request.

6.) **Rodriguez is a protected member of the Americans with Disability Act,** constituting a disability under the Disabilities Act of 1990, 42 U.S.C. § 12101 et seq. ("ADA").

7.) That courts (including the 7th circuit) have routinely found that dismissing suits based on procedural default and or error and not the merits, is not and should not be the courts objectives, but to look to the law, the facts and the substantive nature of the complaint is and should always be the barometer for default or dismissal.

8.) 18 U.S.C. § 4241 (which applies more directly to criminal competency but can inform civil competency assessments) guides the court's actions in such situations. These resources help define the standards for determining competency (e.g., ability to understand the nature and consequences of the proceedings and assist properly in one's defense) and the procedures for a hearing.

Wherefore, Rodriguez requests the Court to set this matter for a **Competency Hearing and Stay this Matter until such is completed and findings and facts** are entered into the Courts official findings and docket.

## OATH OF AFFIRMATION

I do solemnly swear under the penalties of perjury that the following is true & correct to the best of my abilities and was deposited directly into the Federal Clerk's office on this 7th day of August 2025

Eleza L Rodriguez

x _Eleza Rodz_

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has also been served via U.S. Certified Mail on this 7th day of August 2025, to all parties or counsel's official address (s).

Eleza L. Rodriguez

x _Eleza Rod_

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Scott James Preston, Atty. No. 25436-49
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204


Eleza Rodriguez
412 West Branning
Fort Wayne, IN 46807