IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ELEZA L. RODRIGUEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:24-cv-00561-HAB-SLC |
| LEAR CORPORATION, | ) ) ) |
| Defendant. | ) |

**DEFENDANT LEAR CORPORATION'S MOTION TO DISMISS
DUE TO PLAINTIFF'S IGNORING SEVERAL COURT ORDERS REGARDING
DISCOVERY OBLIGATIONS**

Pursuant to Federal Rules 37(b)(2) and 41(b), Defendant Lear Corporation moves to dismiss Plaintiff Eleza L. Rodriguez's Complaint for failure to obey Court orders regarding discovery. In support of this motion, Lear states:

1. On May 27, 2025, Lear filed a Motion to Compel Plaintiff to Respond to Interrogatories, Sets One and Two, and Request for Production of Documents, Sets One and Two (hereinafter, "Lear's Discovery"). [Dkts. 13, 14]

2. On May 28, 2025, Attorney Chris Myers filed a Motion to Withdraw as counsel for Plaintiff. [Dkt. 16]  Mr. Myers "instructed Plaintiff regarding her obligations to answer the discovery …[and] that Plaintiff would be held to the same standards as an attorney if she chose to represent herself *pro se*."  (*Id.*)

3. During a hearing on June 9, 2025, the Court granted Mr. Myers' motion to withdraw and stayed the case for thirty (30) days to allow Plaintiff to find new counsel. [Dkt. 19]  The Court also instructed Plaintiff that she needed to respond Lear's Discovery, and to respond to Lear's Motion to Compel, by July 24, 2025. (*Id.*)

4. On July 9, 2025, the Court held a telephonic status conference. Due to Plaintiff's failure to appear, the Court set the case for a Show Cause Order on July 29, 2025, and ordered Plaintiff to attend in person. The Court also lifted the thirty (30) day stay that afforded Plaintiff time to retain new counsel. [Dkt. 22]

5. On July 28, 2025, Lear notified the Court that Plaintiff had failed to respond to her discovery obligations by July 24, 2025, as set forth in the Court's Order of June 9, 2025. [Dkt. 23]

6. On July 29, 2025, the Court held a Show Cause/Status Conference. The Court granted Lear's Motion to Compel. Plaintiff, who appeared at this Conference, informed the Court that her discovery responses "were almost done." The Court gave Plaintiff until August 8, 2025, to respond to Lear's Discovery and reminded Plaintiff that she had waived all objections. [Dkt. 24]

7. Also, during the July 29, 2025, Show Cause/Status Conference, the Court directed counsel for Lear to propose a manner in which Plaintiff could produce her cell phone for forensic examination no later than August 8, 2025. On August 6, 2025, counsel for Lear contacted Plaintiff and offered her four dates, August 14, 15, 19 and 20 to provide the cellular phones she used during her employment at Lear for forensic inspection. Lear asked Plaintiff to respond to the email by 5:00 pm on August 8, 2025. (*See* **Exhibit A,** attached to Local Rule 37-1.) Plaintiff did not respond to this email.

8. On August 8, 2025, Plaintiff called counsel for Lear and requested copies of her time records. Counsel for Lear provided the requested time records and confirmed for Plaintiff the relevant time is May 26, 2023, the date she provided her doctor's note to Lear, and March 27, 2024, when her employment with Lear was terminated. (*See* **Exhibit B,** attached to Local Rule 37-1.) During this call, Plaintiff acknowledged receiving Lear's email of August 6, 2025.

9. To date, Lear still has not received Plaintiff's responses to Lear's Discovery, and Plaintiff has ignored Lear's August 6, 2025 email.

10. Federal Rule 37(b)(2)(A) addresses sanctions for failing to comply with a Court Order, including "dismissing the action or proceeding in whole or in part." FED. R. CIV. P. 37(b)(2)(A)(v).

11. Federal Rule 41(b) provides, "[i]f the plaintiff fails to prosecute or comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." FED. R. CIV. P. 41(b).

12. Plaintiff has received several warnings to respond to Lear's discovery. She was told by her attorney on May 28, 2025, and ordered by the Court to respond to Lear's discovery twice, on June 9, 2025 and July 29, 2025.

13. Plaintiff has no intention of responding to Lear's Discovery and has no intention of producing her cell phone for forensic examination.

14. Pursuant to Federal Rule 37(a)(5) and 37(b)(2)(C), Lear respectfully requests the Court order Plaintiff to pay Lear its reasonable attorney' fees for preparing and filing its Motion to Compel and this Motion to Dismiss and attending the several court hearings where Plaintiff was repeatedly warned to respond to Lear's Discovery.

15. Lear respectfully requests the Court to provide Lear twenty-one (21) days to file a motion for attorneys' fees regarding Plaintiff's repeated and ongoing failure to participate in the discovery process.

16. Concurrent with this Motion, Lear has submitted a Certification pursuant to N.D. Local Rule 37-1 regarding Lear's request for attorneys' fees in connection with Plaintiff's contempt of Court.

3

WHEREFORE, Defendant Lear Corporation respectfully requests the Court to order Plaintiff's Complaint is dismissed with prejudice and enter an Order allowing Lear to file a motion for attorneys' fees under Federal Rule 37(a)(5) and 37(b)(2)(C).

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Scott James Preston*
Scott James Preston, Atty. No. 25436-49
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
*scott.preston@ogletree.com*

Attorney for Defendant, Lear Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2025, a copy of the foregoing was filed electronically, and a copy of the foregoing was served by United States first-class mail, postage prepaid, upon:

Eleza Rodriguez
412 West Branning
Fort Wayne, IN  46807
*Pro Se Plaintiff*

                           *s/ Scott James Preston*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:   317.916.1300
Facsimile:   317.916.9076