**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| ELEZA L. RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:24-CV-561-HAB-ALT |
| | ) | |
| LEAR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Defendant Lear Corporation's Motion to Dismiss Due to Plaintiff's Ignoring Several Court Orders Regarding Discovery Obligations [ECF No. 26] filed on August 12, 2025. The Motion is fully briefed and ripe for consideration.

The Court ORDERS this case referred to the Honorable Andrew L. Teel, Magistrate Judge for this District, to review the Defendant's Motion, to conduct any necessary discovery or evidentiary hearing, and to issue a report and recommendation on the same. The Honorable Andrew L. Teel is specifically designated to exercise such jurisdiction of this Court in accordance with the Federal Magistrates Act, as amended, 28 U.S.C. § 636(b), and Local Rule 72-1.

SO ORDERED on September 29, 2025.

s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT